THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Charles E. Avery Appellant.
 
 
 

Appeal From McCormick County
William P. Keesley, III, Circuit Court Judge

Unpublished Opinion No. 2006-UP-103
Submitted February 1, 2006  Filed February 17, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Legal Counsel J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Charles E. Avery appeals the revocation of his probation.  Avery argues he had a justifiable explanation for violating his probation.  Therefore, he contends, the trial court abused its discretion by revoking his probation.  Pursuant to Anders v. California, 386 U.S. (1976), appellate counsel has petitioned to be removed stating that after reviewing the record the appeal was without merit.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Averys appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and ANDERSON and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.